**Order issued March 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00155-CV

_____

## IN RE LAMONICA FOX, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

### ORDER

Relator Lamonica Fox has filed an petition for writ of habeas corpus and an emergency motion for bail.[1] *See* TEX. GOV'T CODE § 22.221(d).

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants relator's emergency motion for bail in part. The Harris County Sheriff is hereby ordered to

---

[1] The underlying case is *In the Interest of H.S.F. and T.E.F., Children*, cause number 2013-55225, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.

discharge relator from custody on relator's execution and filing with the Harris County Sheriff a good and sufficient bond, conditioned as required by law in the amount of $1000.00. *See* TEX. R. APP. P. 52.8(b)(3).

It is further ordered that real party in interest shall have until April 3, 2019 to file a response, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.8(b)(1).


Judge's signature: ____/s/ Justice Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court

Date: __March 20, 2019____